James **BOLEY**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. ED 104637

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: March 28, 2017

Rehearing Denied May 16, 2017

James Boley, Mineral Point, MO, Pro Se

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

James Boley, acting pro se, appeals the judgment denying his Rule 29.15 motion for post-conviction relief. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).